**David P. VANDAMENT, Plaintiff—Appellant,**

v.

**Mark DUNCAN, Commander; et al., Defendants—Appellees.**

No. 08–35973.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

David P. Vandament, Shelton, WA, pro se.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

David P. Vandament, a Washington state prisoner, appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2), *Huftile v. Miccio–Fonseca,* 410 F.3d 1136, 1138 (9th Cir.2005), and may affirm on any ground supported by the record, *O'Guinn v. Lovelock Corr. Ctr.,* 502 F.3d 1056, 1059 (9th Cir.2007). We affirm.

The district court properly dismissed without prejudice Vandament's claims based on arrests, searches and seizure. *See Harvey v. Waldron,* 210 F.3d 1008, 1013 (9th Cir.2000), *overruled on other grounds by Wallace v. Kato,* 549 U.S. 384, 127 S.Ct. 1091, 166 L.Ed.2d 973 (2007) ("a § 1983 action that would call into question the lawfulness of a plaintiff's conviction or confinement is not cognizable" under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)). Because amendment would be futile, the district court properly dismissed these claims without leave to amend. *See Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir.1995). We are not persuaded that any remaining claims are cognizable or could be cured by amendment. *See id.*

We do not consider arguments raised for the first time on appeal. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir.1999).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.